Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
*Chapman L. Noam
Assistant Federal Public Defender
Nev. Bar No. 16291; Cal. Bar No. 349965
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Chapman_Noam@fd.org

*Attorney for Petitioner Victor Basso Perez

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Victor Basso Perez

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02847-GMN-EJY

**Stipulation for Extension of Time to File Amended Petition**

**(First Request)**

Petitioner Victor Basso Perez filed his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on September 8, 2026.[1] On September 10, 2026, this Court appointed the Federal Public Defender's Office,[2] and on September 15, 2026, undersigned counsel filed his notice of appearance.[3]

Counsel now asks this Court to accept this stipulation for a first extension to file the Amended Petition and application to proceed *in forma pauperis*.

[1] ECF No. 1-1.
[2] ECF No. 3.
[3] ECF No. 6.

This stipulation is not filed for the purpose of delay, but in the interests of justice and in the interest of Mr. Basso Perez. Mr. Basso Perez received a bond hearing on or about September 11, 2026. Undersigned counsel requested records related to that bond hearing from counsel for Respondents on September 18, 2026. Counsel for Respondents have since requested these records from Respondents. But as of this filing, Respondents have not produced the requested documents. Accordingly, counsel requests this time to obtain the records necessary to fully support the claims raised in the Amended Petition. Counsel believes the additional time to prepare the Amended Petition is in the best interests of Mr. Basso Perez, as the requested records would clarify the relevant record for habeas review and serves the interest of judicial economy.

Undersigned counsel emailed counsel for Federal Respondents, AUSA Russel Webb, to ask for undersigned counsel's position on this stipulation, and he stated he did not oppose this stipulation.

For these reasons, undersigned counsel respectfully asks this Court to grant this stipulation and extend the deadline to file the Amended Petition until October 5, 2026.

Dated September 21, 2026.

RENE VALLADARES
FEDERAL DEFENDER

*/s/Chapman L. Noam*
Chapman L. Noam
Assistant Federal Public Defender

TODD BLANCHE
Attorney General of the United States

*/s/Russell Webb (with permission)*
Russell Webb
Assistant United States Attorney

IT IS SO ORDERED:

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

DATED: September 21, 2026